FILED
2014 Sep-24 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:14-CR-297-JHE |
| ) | [Violation: NA7 FBDA005M] |
| CODY SEXTON ) | |

## INFORMATION

**COUNT ONE:** [18 U.S.C. §§ 7(3), 13]

On or about the 13th day of July, 2014, in Cleburne County in the Northern District of Alabama, the defendant,

**CODY SEXTON,**

at the Talladega National Forest, did possess with intent to use, drug paraphernalia, to wit a pipe, to contain a controlled substance, in violation of section 13A-12-260 of the Code of the State of Alabama and Title 18, United States Code, Sections 7(3), and 13.

JOYCE WHITE VANCE
United States Attorney

/s/ Chinelo Dike-Minor
CHINELO DIKÉ-MINOR
Assistant United States Attorney